1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

7
8

UNITED STATES OF AMERICA,

         Plaintiff,

9
10

    v.

DESMOND D. BOSTICK,

11
12

         Defendant.

CASE NO. 2:23-cr-00155

MINUTE ORDER

13
14

    The following Minute Order is made by direction of the Court, the Honorable

15

Jamal N. Whitehead, United States District Judge: Due to a conflict on the Court's

16

calendar, the trial is now set to commence on April 19, 2024, at 9:00 a.m. in

17

Courtroom 16A of the U.S. District Courthouse in Seattle, Washington. The pretrial

18

conference will remain on April 4, 2024, at 1:30 p.m. in Courtroom 16A.

19

    Dated this 25th day of March 2024.

20
21
22

          Ravi Subramanian

          Clerk

          */s/Kathleen Albert*

          Deputy Clerk

23