UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DESMOND D. BOSTICK,<br><br>　　　　　Defendant. | CASE NO. 2:23-cr-00155<br><br>PRETRIAL CONFERENCE AGENDA |

The Court will follow the agenda below during the upcoming pretrial conference:

Trial Date:          4/19/2024

Trial Length:       3-4 Days

Trial Schedule:    Monday through Friday
　　　　　　　　　9:00 a.m. to 4:15 p.m.
　　　　　　　　　15-minute breaks at 10:30 a.m. and 2:45 p.m.
　　　　　　　　　Lunch from 12:00 p.m. to 1:30 p.m.

Next Deadline:    Proposed Trial Exhibits Due: 4/15/24

1. PENDING MOTIONS/ISSUES

2. TRIAL LENGTH

PRETRIAL CONFERENCE AGENDA - 1

3. JURY SELECTION

    3.1.    Juror questionnaire

    3.2.    Court's general voir dire

    3.3.    Statement of the case

    3.4.    Attorney-led voir dire

    3.5.    Juror challenges (for cause/preemptory)

    3.6.    # of Jurors (alternates)

    3.7.    *Batson*

4. PRELIMINARY/IN-TRIAL JURY INSTRUCTIONS

5. WITNESSES

    5.1.    Remote/In-Person

    5.2.    Accommodations

    5.3.    Interpreters

    5.4.    Experts

6. TRIAL PROCEDURES

    6.1.    The Rule

    6.2.    Opening Statement/Closing Argument

    6.3.    Evidence not preadmitted

    6.4.    Courtroom Technology/Presentation of Exhibits

    6.5.    Other considerations

- Sidebars
- Objections
- Lectern
- Decorum

7. MISCELLANEOUS

PRETRIAL CONFERENCE AGENDA - 2

Dated this 3rd day of April, 2024.

Jamal N. Whitehead
United States District Judge

PRETRIAL CONFERENCE AGENDA - 3