JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-155-JNW |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO CONTINUE |
| v. | ) | SENTENCING HEARING |
| | ) | |
| DESMOND D. BOSTICK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered Desmond Bostick's unopposed motion to continue the sentencing date from July 18 to August 1, 2024, and the records in this case.

The motion is GRANTED. The sentencing date is continued to August 1, 2024, at 11:00 a.m.

DONE this 6th day of June 2024.

Jamal N. Whitehead
United States District Judge

_____

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Desmond Bostick

ORDER TO CONTINUE
SENTENCING HEARING
(*U.S. v. Bostick*, CR23-155-JNW) - 1